## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS A. WELLS, SHARI L. HALL
AMANDA F. HALL, and ADAM L.
MULVANEY,

Plaintiffs,

v.

MICHAEL J. STANFILL, DAVE
GORELY, CINDY SCOTT, MIKE
HUBBARD, ERIC ZABER, LARRY
FOX, DAVE DAVIS, BRIAN LATHAM,
JOHN NICCUM, THAD BROCKETT,
TODD EBBERT, TONY STEPHENS,
and UNKNOWN FEDERAL and
STATE AGENTS,

Defendants.                                              No. 05-CV-0811-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiffs' motion for extension of time (Doc. 45). Said motion is **GRANTED**. The Court **ALLOWS** Plaintiffs up to and including April 18, 2007 to respond to the combined motion for summary judgment.

**IT IS SO ORDERED.**

Signed this 2nd day of March, 2007.

/s/      David RHerndon
United States District Judge