IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS A. WELLS, SHARI L. HALL
AMANDA F. HALL, and ADAM L.
MULVANEY,

Plaintiffs,

v.

MICHAEL J. STANFILL, DAVE
GORELY, CINDY SCOTT, MIKE
HUBBARD, ERIC ZABER, LARRY
FOX, DAVE DAVIS, BRIAN LATHAM,
JOHN NICCUM, THAD BROCKETT,
TODD EBBERT, TONY STEPHENS,
and UNKNOWN FEDERAL and
STATE AGENTS,

Defendants.                                    No. 05-CV-0811-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendants Stanfill, Gourley, Scott, Zaber, Latham, Niccum, Brockett, Ebbert and Stephens' combined motion for summary judgment (Doc. 44). In response, Plaintiffs state that they do not oppose the combined motion for summary judgment (Doc. 49). Thus, the Court **GRANTS** Defendants' combined motion for summary judgment (Doc. 44). The Court **DIRECTS** the Clerk of the Court to enter judgment in favor Michael Stanfill, Dave Gourley, Cynthia Scott, Eric Zaber, Brian Latham, John Niccum, Thad Brockett,

Tobb Ebbert and Tony Stephens and against Plaintiffs Thomas A. Wells, Shari L. Hall, Amanda F. Hall, and Adam L. Mulvaney at the close of the case.

**IT IS SO ORDERED.**

Signed this 6th day of June, 2007.

/s/        David   RHerndon
United States District Judge