IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THOMAS A. WELLS, SHARI L. HALL**
**AMANDA F. HALL, and ADAM L.**
**MULVANEY,**

**Plaintiffs,**

**v.**

**MICHAEL J. STANFILL, DAVE**
**GORELY, CINDY SCOTT, MIKE**
**HUBBARD, ERIC ZABER, LARRY**
**FOX, DAVE DAVIS, BRIAN LATHAM,**
**JOHN NICCUM, THAD BROCKETT,**
**TODD EBBERT, TONY STEPHENS,**
**and UNKNOWN FEDERAL and**
**STATE AGENTS,**

**Defendants.**                                         No. 05-CV-0811-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On July 31, 2008, Plaintiffs filed a statement noting a party's death of Plaintiff, Thomas A Wells (Doc. 68). The Federal Rules of Civil Procedure provide that a motion for substitution of party must be made within 90 days of suggestions of death on the record. **See Fed.R.Civ.P. 25(a)**. The Court **INFORMS** Plaintiffs that they have up to and including to October 29, 2008 to file a motion for substitution of Plaintiff, Thomas A. Wells. If Plaintiffs fail to file a motion for substitution on or before October 29, 2008, Plaintiff Wells' claims will be dismissed.

**IT IS SO ORDERED.**     Signed this 11th day of August, 2008.

/s/    David R Herndon
Chief Judge
United States District Court