IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHARI L. HALL, AMANDA F. HALL,       )
ADAM S. MULVANEY, MYCA L.            )
WHEATLEY, JAROD S. PARKER,           )
and SHARI L. HALL, as Administrator  )
of the Estate of Thomas A. Wells,    )
deceased,                            )
                                     )
    Plaintiffs,                      )
                                     )
v.                                   )
                                     )
MICHAEL J. STANFILL, DAVE GORELY,    )
CINDY SCOTT, MICHAEL E. HUBBARD,     )
ERIC ZABER, LARRY L. FOX, DAVID C.   )
DAVIS, BRIAN LATHAM, JOHN NICCUM,    )
THAD BROCKETT, TODD EBBERT,          )
TONY STEPHENS, UNKNOWN FEDERAL       )
AGENTS and ROGER EHLER,              )
                                     )
    Defendants.                      )    Case No. 05-cv-811-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY JURY**.  This matter is before the Court as a result of a jury verdict dated November 4, 2009.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Jury Verdict dated November 4, 2009, judgment is entered in favor of defendants, **MICHAEL E. HUBBARD, LARRY L. FOX, DAVID C. DAVIS, and ROGER EHLER,** and against plaintiffs, **SHARI L. HALL, AMANDA F. HALL, ADAM S. MULVANEY, MYCA L. WHEATLEY, JAROD S. PARKER**, **and SHARI L. HALL, as Administrator of the Estate of Thomas A. Wells, deceased.**

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to an oral motion for voluntary dismissal made by plaintiffs during the course of the jury trial that commenced on November 2, 2009, **UNKNOWN FEDERAL AGENTS** were dismissed as party defendants **WITH PREJUDICE.**

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to an Order of the Court dated June 7, 2007, judgment is entered in favor of defendants **MICHAEL J. STANFILL, DAVE GORELY, CINDY SCOTT, ERIC ZABER, BRIAN LATHAM, JOHN NICCUM, THAD BROCKETT, TODD EBBERT**

**and TONY STEPHENS** and against plaintiffs, **THOMAS WELLS, SHARI L. HALL, AMANDA F. HALL, ADAM S. MULVANEY, MYCA L. WHEATLEY and JAROD S. PARKER**.---------------------------------------------------------------------------------

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                            BY:        /s/***Sandy Pannier***
                                                **Deputy Clerk**

Dated: November 13, 2009


APPROVED: /s/ *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT